UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 17-9174

V. : CRIMINAL ACTION

William Burdey : ORDER OF RELEASE

The Court orders the defendant, William Burdey, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

_____William Burdey_____   _____8/24/17_____
DEFENDANT                  DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____[signature]_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____8/24/17_____
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____[signature]_____
U.S. PRETRIAL SERVICES OFFICER